## No. 14,169.

CAMBOR *v*. INTERSTATE LAND AND INVESTMENT COMPANY.
(69 P. [2d] 1118)

Decided June 28, 1937.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. THOMAS H. GIBSON, for plaintiff in error.

Messrs. GARWOOD & GARWOOD, for defendant in error.

## No. 13,866.

COSMOS *v*. CITY AND COUNTY OF DENVER.
(70 P. [2d] 341)

Decided July 6, 1937.

